JAMES HAND, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

Argued October 11, 1944; decided November 22, 1944.

*John H. Hughes* for appellant.
*Willard R. Pratt* and *H. Myron Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., LEWIS and THACHER, JJ., dissent on the ground that the evidence fails to show that plaintiff has been free from contributory negligence.